UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA ALLEN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:17 CV 770 RWS |
| C.R. BARD, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF DISMISSAL

On December 23, 2019, this Court issued an Order to Show Cause to plaintiff Linda Finney requiring her to show cause in writing by January 17, 2020, why her case should not be dismissed for failing to participate in this case. Plaintiff Linda Finney has failed and refused to comply with this Order to Show Cause, and her time for doing so has now expired. Plaintiff Linda Finney was warned that her failure to file a timely response to the Order to Show Cause would result in a dismissal of her claims without further notice by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Linda Finney's claims are dismissed without prejudice, each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order of Dismissal as well as the accompanying Order of Dismissal to plaintiff Linda Finney at her address of record and at the following additional address: 2489 Millvalley Drive, Florissant, MO 63031.

A separate Order of Dismissal is entered this same date.

                                                 _____
                                                 RODNEY W. SIPPEL
                                                 UNITED STATES DISTRICT JUDGE

Dated this 24th day of January, 2020.